THE LAW OFFICE OF COREY A. SIMON, PLLC
55 West Franklin Street
Tucson, Arizona 85701
Tel: 520-884-5105
Fax: 520-884-5157
COREY A. SIMON
Ariz. Bar No. 029083
csimon@csimonlaw.com

*Attorney for Defendant*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| United States of America, | CR17-01733-003-TUC-DCB(JR) |
|---|---|
| Plaintiff, | **NOTICE OF CHANGE OF PLEA HEARING** |
| vs. | |
| Marco Antonio L. Bustamante, | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that the change of plea of Defendant Marco Antonio L. Bustamante will be heard on **May 15, 2018, at 10:45 am,** before the Honorable Jacqueline Rateau, at the United States District Court, 405 West Congress Street, Tucson, Arizona 85701.

Respectfully submitted this 7th day of May, 2018.

THE LAW OFFICE OF COREY A. SIMON, PLLC

By  */s/Corey A. Simon*
    Corey A. Simon
    Attorney for Defendant Bustamante (003)

1  ORIGINAL of the foregoing filed
2  with the Clerk via CM/ECF, and
   COPIES distributed electronically
3  this date to:

4  Gordon E. Davenport, III
5  Assistant United States Attorney

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28